UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-10376-RWZ

ZONTE PENDERGRASS,
Sergeant First Class

v.

RICHARD SCHMITT,
Lieutenant Commander, *et al.*

ORDER

February 26, 2012

ZOBEL, D.J.

    Because petitioner is clearly not entitled to the relief he seeks in this second petition for a writ of habeas corpus, see Civil Action No. 12-11345-RWZ, Court of Appeals No. 12-2233, the petition is dismissed. The clerk shall so notify petitioner.

    February 26, 2013                                         /s/Rya W. .Zobel

             DATE                                                       RYA W. ZOBEL
                                                                    UNITED STATES DISTRICT JUDGE